**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **PBI/GORDON CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | **FILE No. 2:08-CV-2436** |
| **v.** | ) | |
| | ) | |
| **ROBERT WARD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER OF DISMISSAL**

This matter coming before the Court on the Parties Stipulation and Order for Dismissal (Doc. #9),

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the above-entitled matter should be

and hereby is dismissed with prejudice, parties to pay their own costs.

Dated this 18th day of November, 2008.

So Ordered:


By: s/ Kathryn H. Vratil
        Kathryn H. Vratil
        United States District Judge